PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jasper Lewis Clark         **Docket Number:** 10-00776-001
        **PACTS Number:** 53451

**Name of Sentencing Judicial Officer:** HONORABLE CAMERON MCGOWEN CURRIE
    UNITED STATES DISTRICT JUDGE

**Name of Newly Assigned Judicial Officer:** HONORABLE DICKINSON R. DEBEVOISE
    SENIOR UNITED STATES DISTRICT JUDGE (Assigned on 11/08/10)

**Date of Original Sentence:** 05/19/00

**Original Offense:** Possession with the intent to distribute cocaine base and felon in possession of a firearm

**Original Sentence:** 120 months imprisonment; 48 years supervised release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 09/25/09

**Assistant U.S. Attorney:** To be determined, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To be determined, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-634

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On January 4, 2012, the offender was arrested by the Jersey City police, charged with aggravated assault, criminal restraint and terroristic threats. This incident occurred on December 24, 2011.<br><br>The offender remains in the Hudson County Jail, Kearny, New Jersey. Bail was set on January 4, 2012, in the amount of $25,000 bond with an option to post 10%. |

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Andrea Shumsky
Carolee Ann Azzarello
2012.03.05 12:06:57
U.S. Probation Officer
Date: 03/5/12

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

March 9, 2012
Date