UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-0776 |
| | | Hon. Dickinson R. Debevoise |
| v. | : | |
| | | ORDER MODIFYING TERMS |
| JASPER LEWIS CLARK | : | OF SUPERVISED RELEASE |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (David M. Eskew, Assistant U.S. Attorney, appearing), and defendant Jasper Lewis Clark (David Holman, Esq., Assistant Federal Public Defender, appearing); and a Petition for violation of Supervised Release having been filed by the United States Probation Department; and a hearing having been held on October 16, 2012, at which the Petition was dismissed on motion of the United States, except that defendant Clark be required to participate in a domestic violence and/or anger management program at the direction and under the supervision of the United States Probation Department; and the Court having considered the representations of counsel and the allegations set forth in the Petition;

IT IS, therefore, on this 17th day of October, 2012,

ORDERED, that the violation set forth in the Petition is hereby dismissed; and it is further

ORDERED, that defendant is hereby restored to supervised release; and it is further

ORDERED, that all conditions of supervised release previously imposed by the Court shall remain in effect, and are hereby modified to require that defendant participate in and complete a domestic violence and/or anger management program, as directed and supervised by the United States Probation Department.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge